## COBURN, INC. — 107934

**Ryan K. Dillinger**
31 N Mechanic St
Hayesville
OH, 44838

**Coburn Inc.**
PO Box 447
Ashland
OH, 44805

**Pay Period:** 02/08/2021 - 02/14/2021
**Pay Date:** 02/19/2021
**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 19.20 | 768.00 | 4,569.60 |
| Overtime Pay | 28.00 | 28.80 | 806.40 | 2,613.60 |
| Vacation Pay | - | 19.20 | 0.00 | 460.80 |
| Holiday Pay | - | 19.20 | 0.00 | 307.20 |

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 229.70 | 970.44 |
| Social Security | 97.61 | 492.97 |
| Medicare | 22.83 | 115.29 |
| OH Income Tax | 46.61 | 215.04 |
| Hillsdale LSD | 19.68 | 99.39 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Garnishment fee | 2.00 | 4.00 |
| CCSS | 0.00 | 0.00 |
| CVE1800188 | 192.00 | 384.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,574.40 | $7,951.20 |
| Taxes | $416.43 | $1,893.13 |
| Deductions | $194.00 | $388.00 |
| **NET PAY:** | | **$963.97** |

---

## COBURN, INC. — 108020

**Ryan K. Dillinger**
31 N Mechanic St
Hayesville
OH, 44838

**Coburn Inc.**
PO Box 447
Ashland
OH, 44805

**Pay Period:** 02/15/2021 - 02/21/2021
**Pay Date:** 02/26/2021
**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 19.20 | 768.00 | 5,337.60 |
| Overtime Pay | 28.00 | 28.80 | 806.40 | 3,420.00 |
| Vacation Pay | - | 19.20 | 0.00 | 460.80 |
| Holiday Pay | - | 19.20 | 0.00 | 307.20 |

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 229.70 | 1,200.14 |
| Social Security | 97.62 | 590.59 |
| Medicare | 22.83 | 138.12 |
| OH Income Tax | 46.61 | 261.65 |
| Hillsdale LSD | 19.68 | 119.07 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Garnishment fee | 2.00 | 6.00 |
| CCSS | 0.00 | 0.00 |
| CVE1800188 | 192.00 | 576.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,574.40 | $9,525.60 |
| Taxes | $416.44 | $2,309.57 |
| Deductions | $194.00 | $582.00 |
| **NET PAY:** | | **$963.96** |

---

## COBURN, INC. — 108103

**Ryan K. Dillinger**
31 N Mechanic St
Hayesville
OH, 44838

**Coburn Inc.**
PO Box 447
Ashland
OH, 44805

**Pay Period:** 02/22/2021 - 02/28/2021
**Pay Date:** 03/05/2021
**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 19.20 | 768.00 | 6,105.60 |
| Overtime Pay | 23.00 | 28.80 | 662.40 | 4,082.40 |
| Vacation Pay | - | 19.20 | 0.00 | 460.80 |
| Holiday Pay | - | 19.20 | 0.00 | 307.20 |

| OTHER PAY | Current | YTD |
|---|---|---|

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 198.02 | 1,398.16 |
| Social Security | 88.68 | 679.27 |
| Medicare | 20.74 | 158.86 |
| OH Income Tax | 41.29 | 302.94 |
| Hillsdale LSD | 17.88 | 136.95 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Garnishment fee | 2.00 | 8.00 |
| CCSS | 0.00 | 0.00 |
| CVE1800188 | 192.00 | 768.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,430.40 | $10,956.00 |
| Taxes | $366.61 | $2,676.18 |
| Deductions | $194.00 | $776.00 |
| **NET PAY:** | | **$869.79** |

## COBURN, INC. — 107692

**Ryan K. Dillinger**
31 N Mechanic St
Hayesville
OH, 44838

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 19.20 | 768.00 | 2,304.00 |
| Overtime Pay | 14.25 | 28.80 | 410.40 | 1,324.80 |
| Vacation Pay | - | 19.20 | 0.00 | 460.80 |
| Holiday Pay | - | 19.20 | 0.00 | 307.20 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 142.56 | 517.63 |
| Social Security | 73.06 | 272.60 |
| Medicare | 17.08 | 63.75 |
| OH Income Tax | 32.19 | 117.39 |
| Hillsdale LSD | 14.73 | 54.96 |

Coburn Inc.
PO Box 447
Ashland
OH, 44805

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CCSS | 0.00 | 0.00 |

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period** 01/18/2021 - 01/24/2021
**Pay Date** 01/29/2021
**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,178.40 | $4,396.80 |
| Taxes | $279.64 | $1,026.33 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** | | **$898.76** |

---

## COBURN, INC. — 107761

**Ryan K. Dillinger**
31 N Mechanic St
Hayesville
OH, 44838

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 38.00 | 19.20 | 729.60 | 3,033.60 |
| Overtime Pay | - | 28.80 | 0.00 | 1,324.80 |
| Vacation Pay | - | 19.20 | 0.00 | 460.80 |
| Holiday Pay | - | 19.20 | 0.00 | 307.20 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 64.69 | 582.32 |
| Social Security | 45.24 | 317.84 |
| Medicare | 10.58 | 74.33 |
| OH Income Tax | 16.25 | 133.64 |
| Hillsdale LSD | 9.12 | 64.08 |

Coburn Inc.
PO Box 447
Ashland
OH, 44805

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CCSS | 0.00 | 0.00 |

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period** 01/25/2021 - 01/31/2021
**Pay Date** 02/05/2021
**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $729.60 | $5,126.40 |
| Taxes | $145.88 | $1,172.21 |
| Deductions | $0.00 | $0.00 |
| **NET PAY:** | | **$583.72** |

---

## COBURN, INC. — 107849

**Ryan K. Dillinger**
31 N Mechanic St
Hayesville
OH, 44838

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 19.20 | 768.00 | 3,801.60 |
| Overtime Pay | 16.75 | 28.80 | 482.40 | 1,807.20 |
| Vacation Pay | - | 19.20 | 0.00 | 460.80 |
| Holiday Pay | - | 19.20 | 0.00 | 307.20 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 158.42 | 740.74 |
| Social Security | 77.52 | 395.36 |
| Medicare | 18.13 | 92.46 |
| OH Income Tax | 34.79 | 168.43 |
| Hillsdale LSD | 15.63 | 79.71 |

Coburn Inc.
PO Box 447
Ashland
OH, 44805

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Garnishment fee | 2.00 | 2.00 |
| CCSS | 0.00 | 0.00 |
| CVE1800188 | 192.00 | 192.00 |

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period** 02/01/2021 - 02/07/2021
**Pay Date** 02/12/2021
**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,250.40 | $6,376.80 |
| Taxes | $304.49 | $1,476.70 |
| Deductions | $194.00 | $194.00 |
| **NET PAY:** | | **$751.91** |

## COBURN, INC. — 108177

**Ryan K. Dillinger**
31 N Mechanic St
Hayesville
OH, 44838

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 19.20 | 768.00 | 6,873.60 |
| Overtime Pay | 28.00 | 28.80 | 806.40 | 4,888.80 |
| Vacation Pay | - | 19.20 | 0.00 | 460.80 |
| Holiday Pay | - | 19.20 | 0.00 | 307.20 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 229.70 | 1,627.86 |
| Social Security | 97.61 | 776.88 |
| Medicare | 22.83 | 181.69 |
| OH Income Tax | 46.61 | 349.55 |
| Hillsdale LSD | 19.68 | 156.63 |

Coburn Inc.
PO Box 447
Ashland
OH, 44805

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Garnishment fee | 2.00 | 10.00 |
| CCSS | 0.00 | 0.00 |
| CVE1800188 | 192.00 | 960.00 |

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period:** 03/01/2021 - 03/07/2021
**Pay Date:** 03/12/2021
**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,574.40 | $12,530.40 |
| Taxes | $416.43 | $3,092.61 |
| Deductions | $194.00 | $970.00 |
| **NET PAY:** | | **$963.97** |

---

## COBURN, INC. — 108264

**Ryan K. Dillinger**
31 N Mechanic St
Hayesville
OH, 44838

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Vacation Pay | - | 19.20 | 0.00 | 460.80 |
| Holiday Pay | - | 19.20 | 0.00 | 307.20 |
| Regular Pay | 40.00 | 19.20 | 768.00 | 7,641.60 |
| Overtime Pay | 28.00 | 28.80 | 806.40 | 5,695.20 |

| TAXES | Current | YTD |
|---|---|---|
| OH Income Tax | 46.61 | 396.16 |
| Medicare | 22.83 | 204.52 |
| Social Security | 97.62 | 874.50 |
| Hillsdale LSD | 19.68 | 176.31 |
| Federal Income Tax | 229.70 | 1,857.56 |

Coburn Inc.
PO Box 447
Ashland
OH, 44805

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CCSS | 0.00 | 0.00 |
| Garnishment fee | 2.00 | 12.00 |
| CVE1800188 | 192.00 | 1,152.00 |

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period:** 03/08/2021 - 03/14/2021
**Pay Date:** 03/19/2021
**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,574.40 | $14,104.80 |
| Taxes | $416.44 | $3,509.05 |
| Deductions | $194.00 | $1,164.00 |
| **NET PAY:** | | **$963.96** |

---

## COBURN, INC. — 108350

**Ryan K. Dillinger**
31 N Mechanic St
Hayesville
OH, 44838

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Vacation Pay | - | 19.20 | 0.00 | 460.80 |
| Holiday Pay | - | 19.20 | 0.00 | 307.20 |
| Regular Pay | 40.00 | 19.20 | 768.00 | 8,409.60 |
| Overtime Pay | 8.25 | 28.80 | 237.60 | 5,932.80 |

| TAXES | Current | YTD |
|---|---|---|
| Medicare | 14.58 | 219.10 |
| OH Income Tax | 25.95 | 422.11 |
| Hillsdale LSD | 12.57 | 188.88 |
| Social Security | 62.34 | 936.84 |
| Federal Income Tax | 104.57 | 1,962.13 |

Coburn Inc.
PO Box 447
Ashland
OH, 44805

| DEDUCTIONS | Current | YTD |
|---|---|---|
| CCSS | 0.00 | 0.00 |
| Garnishment fee | 2.00 | 14.00 |
| CVE1800188 | 192.00 | 1,344.00 |

| OTHER PAY | Current | YTD |
|---|---|---|

**Pay Period:** 03/15/2021 - 03/21/2021
**Pay Date:** 03/26/2021
**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 40.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,005.60 | $15,110.40 |
| Taxes | $220.01 | $3,729.06 |
| Deductions | $194.00 | $1,358.00 |
| **NET PAY:** | | **$591.59** |